UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:12-cv-00014-BR

| | |
|---|---|
| In re: ) | |
| ) | |
| **CROATAN SURF CLUB, LLC** ) | Case No. 11-00194-8-SWH |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| **ROYAL BANK AMERICA**, ) | |
| ) | |
| Appellant, ) | |
| v. ) | **NOTICE AND STIPULATION OF** |
| ) | **WITHDRAWAL OF APPEAL** |
| **CROATAN SURF CLUB, LLC**, ) | |
| ) | |
| Appellee. ) | |

Royal Bank America ("Appellant"), by and through its undersigned counsel and pursuant to Rule 8001 of the Federal Rules of Bankruptcy Procedure, and with the consent of Appellee Croatan Surf Club, LLC ("Appellee"), hereby provides notice of and withdraws its appeal (the "Appeal") from the final Order Denying Relief from the Automatic Stay Requested Under 11 U.S.C. § 362(d)(3), dated January 12, 2012, of the Honorable Stephani Humrickhouse, United States Bankruptcy Judge for the Eastern District of North Carolina. The Notice of Appeal was docketed by the United States District Court for the Eastern District of North Carolina on March 23, 2012 (Dkt. No.1). Appellant and Appellee agree that each party shall bear its own costs.

Dated: July 20, 2012         /s/ *Jennifer B. Lyday*
                             Julie B. Pape
                             North Carolina State Bar No. 27674
                             Jennifer B. Lyday
                             North Carolina State Bar No. 39871
                             WOMBLE CARLYLE SANDRIDGE & RICE, LLP
                             One West Fourth Street
                             Winston-Salem, NC  27101

WCSR 7337018v1

Telephone: (336) 721-3715
Facsimile: (336) 726-8072

*Local Counsel for Royal Bank America*

and

Kenneth E. Aaron, Esq.
Abbe A. Miller, Esq.
WEIR & PARTNERS LLP
The Widener Building, Suite 500
1339 Chestnut Street
Philadelphia, PA 19107
Telephone: (215) 665-8181
Facsimile: (215) 665-8464

*Lead Counsel for Appellant Royal Bank America*

**Croatan Surf Club, LLC**

*/s/ Philip S. Rosenzweig*
Philip S. Rosenzweig, Esq.
Silverang & Donohoe, LLC
595 East Lancaster Avenue
Suite 203
St. Davids, PA 19087
610-263-0115

*Lead Counsel for Appellee Croatan Surf Club, LLC*

Walter L. Hinson, Esq.
Hinson & Rhyne, P.A.
P.O. Box 7479
Wilson, NC 27895-7479
252-291-1746

*Local Counsel for Appellee Croatan Surf Club, LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing Notice and Stipulation of Withdrawal of Appeal was filed electronically in accordance with the local rules and was therefore served electronically on those entities that have properly registered for such electronic service *and* by United States Mail, first class for those entities not registered for such electronic service (see attached Schedule 1) this 20th day of July, 2012.

                 /s/*Jennifer B. Lyday*
                 Julie B. Pape (NC State Bar No. 27674)
                 Jennifer B. Lyday (NC State Bar No. 39871)
                 Womble Carlyle Sandridge & Rice, PLLC
                 One West Fourth Street
                 Winton-Salem, NC 27101
                 Telephone: (336) 721-3694
                 Telefax: (336) 726-9062
                 Email: jlyday@wcsr.com

                 *Local Counsel for Royal Bank America*

Schedule 1

**ECF Filing:**

Walter L. Hinson, Esq.
John G. Rhyne, P.A.
Hinson & Rhyne, P.A.
P.O. Box 7479
Wilson, NC 27895-7479

Marjorie K. Lynch, Esq.
United States Bankruptcy Admin.
P.O. Box 3758
Wilson, NC 27895-3758

**VIA Regular Mail**

Croatan Surf Club, LLC
P.O. Box 107
Kill Devil Hills, NC 27948

Philip S. Rosenweig, Esq.
Silverang & Donohoe, LLC
595 East Lancaster Avenue
Suite 203
St. Davids, PA 19087