UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:11-cv-00073-D

| | |
|---|---|
| In re: ) | |
| ) | |
| CROATAN SURF CLUB, LLC ) | Case No. 11-00194-8-SWH |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ROYAL BANK AMERICA, ) | |
| ) | |
| Appellant, ) | |
| v. ) | NOTICE AND STIPULATION OF |
| ) | WITHDRAWAL OF APPEAL |
| EDWARDS FAMILY PARTNERSHIP, ) | |
| LP; CROATAN SURF CLUB, LLC, ) | |
| ) | |
| Appellees. ) | |

Royal Bank America ("Appellant"), by and through its undersigned counsel and pursuant to Rule 8001 of the Federal Rules of Bankruptcy Procedure, and with the consent of Appellees Edwards Family Partnership, LP and Croatan Surf Club, LLC (collectively, "Appellees"), hereby provides notice of and withdraws its appeal (the "Appeal") from the final Order on Voting Rights dated October 25, 2011, by the Honorable Stephani Humrickhouse, United States Bankruptcy Judge for the Eastern District of North Carolina. The Notice of Appeal was docketed by the United States District Court for the Eastern District of North Carolina on December 30, 2011 (Dkt. No.1). Appellant and Appellees agree that each party shall bear its own costs.

Dated: July 20, 2012        /s/ *Jennifer B. Lyday*
                            Julie B. Pape
                            North Carolina State Bar No. 27674
                            Jennifer B. Lyday
                            North Carolina State Bar No. 39871

WCSR 7336600v1

WOMBLE CARLYLE SANDRIDGE & RICE, LLP
One West Fourth Street
Winston-Salem, NC   27101
Telephone:     (336) 721-3715
Facsimile:      (336) 726-8072

*Local Counsel for Appellant Royal Bank America*

and

Kenneth E. Aaron, Esq.
Abbe A. Miller, Esq.
WEIR & PARTNERS LLP
The Widener Building, Suite 500
1339 Chestnut Street
Philadelphia, PA 19107
Telephone:     (215) 665-8181
Facsimile:      (215) 665-8464

*Lead Counsel for Appellant Royal Bank America*

**Croatan Surf Club, LLC**

/s/*Philip S. Rosenzweig*
Philip S. Rosenzweig, Esq.
Silverang & Donohoe, LLC
595 East Lancaster Avenue
Suite 203
St. Davids, PA 19087
610-263-0115

*Lead Counsel for Appellee Croatan Surf Club, LLC*

Walter L. Hinson, Esq.
Hinson & Rhyne, P.A.
P.O. Box 7479
Wilson, NC 27895-7479
252-291-1746

*Local Counsel for Appellee Croatan Surf Club, LLC*

**Edwards Family Partnership, L.P.**

*/s/George F. Sanderson, III*
George F. Sanderson, III, Esq.
(NC State Bar No. 33057)
Ellis Winters, LLP
1100 Crescent Green, Suite 200
Cary, NC  27518
919-865-7011

*Counsel for Appellee Edwards Family Partnership, LP*

## CERTIFICATE OF SERVICE

        I hereby certify that the foregoing **Notice and Stipulation of Withdrawal of Appeal** was filed electronically in accordance with the local rules and was therefore served electronically on those entities that have properly registered for such electronic service *and* by United States Mail, first class for those entities not registered for such electronic service (see attached Schedule 1) this 20th day of July, 2012.

      /s/*Jennifer B. Lyday*
Julie B. Pape (NC State Bar No. 27674)
Jennifer B. Lyday (NC State Bar No. 39871)
Womble Carlyle Sandridge & Rice, PLLC
One West Fourth Street
Winton-Salem, NC 27101
Telephone: (336) 721-3694
Telefax: (336) 726-9062
Email: jlyday@wcsr.com

*Local Counsel for Royal Bank America*

4

WCSR 7336600v1

Schedule 1

**ECF Filing:**

Walter L. Hinson, Esq.
John G. Rhyne, P.A.
Hinson & Rhyne, P.A.
P.O. Box 7479
Wilson, NC 27895-7479

Marjorie K. Lynch, Esq.
United States Bankruptcy Admin.
P.O. Box 3758
Wilson, NC 27895-3758

George F. Sanderson, Esq.
Ellis Winters, LLP
1100 Crescent Green
Suite 200
Cary, NC 27518

**VIA Regular Mail**

Croatan Surf Club, LLC
P.O. Box 107
Kill Devil Hills, NC 27948

Philip S. Rosenweig, Esq.
Silverang & Donohoe, LLC
595 East Lancaster Avenue
Suite 203
St. Davids, PA 19087